# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Sacchi,<br>Individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES HOLDINGS, INC., UNITED AIRLINES, INC., JPMORGAN CHASE BANK, N.A., JPMORGAN CHASE & CO., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>                            Defendants. | Case No. 2:22-cv-00890 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by and among the undersigned parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated:        March 21, 2022

James W. Brown
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
James.Brown@skadden.com

*Attorney for JPMorgan Chase Bank, N.A.*
  *and JPMorgan Chase & Co.*

/s/ Stephen J. Simoni [ECF/eCourts Filer]
Stephen J. Simoni
SIMONI CONSUMERS
  CLASS ACTION LAW OFFICES
c/o JARDIM, MEISNER & SUSSER, P.C.
30B Vreeland Road, Ste. 100
Florham Park, N.J. 07932
Phone: (917) 621-5795
StephenSimoniLAW@gmail.com

*Attorney for plaintiff*

*Sa[signature]*

Sondra A. Hemeryck
(*pro hac vice* application forthcoming)
RILEY SAFER HOLMES
 & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
Phone: (312) 471-8700
shemeryck@rshc-law.com

*Attorney for United Airlines Holdings, Inc.
 and United Airlines, Inc.*

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  3/22/2022